## A10A0607. MUSSMAN v. THE STATE.
### (717 SE2d 654)

BARNES, Presiding Judge.

In *State v. Mussman,* 289 Ga. 586 (713 SE2d 822) (2011), our Supreme Court reversed this court's decision in *Mussman v. State,* 304 Ga. App. 808 (697 SE2d 902) (2010), and held that the trial court did not err in denying the defendant's motion to suppress evidence or dismiss the indictment against him.

Accordingly, our judgment in this case is vacated, the judgment of the Supreme Court is made the judgment of this court, and this case is remanded for further proceedings consistent with this opinion.

*Judgment affirmed. Blackwell and Dillard, JJ., concur.*

DECIDED OCTOBER 13, 2011.

*Peters, Rubin & Sheffield, Douglas N. Peters, M. Paul Reynolds,* for appellant.
*Daniel J. Porter, District Attorney, William C. Akins, Assistant District Attorney,* for appellee.